# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32805 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Jacob A. SEE** | ) | |
| **Technical Sergeant (E-6)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 1** |

On 20 January 2026, Appellant submitted a Motion to Withdraw from Appellate Review and Attach, specifically, a DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 20 January 2026.* The Government did not submit any opposition.

Accordingly, it is by the court on this 23d day of January, 2026,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Motion to Attach, dated 20 January 2026, is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch (JAJM) for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2024 ed.).

FOR THE COURT

JACOB B. HOEFERKAMP, Capt, USAF
Chief Commissioner

---

* The "Rank of Accused" section on Appellant's signed DD Form 2330, states Appellant's rank is "Technical Sergeant (E-7)." Technical Sergeant is pay grade E-6. The court treats this discrepancy as a scrivener's error.